Celia Kister, Appellant, v. Samuel B. Pollak and Another, Respondents.— Motion denied, with ten dollars costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Sadie Lamb, as Administratrix, etc., Appellant, v. Union Railway Company of New York City, Respondent.— Motion denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Golde Landsberg and Others, Appellants, v. Samuel Rosenwasser and Others, Respondents.— Motion granted, without costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Henry E. T. Lightbourne, Appellant, v. Timothy Walsh, as Treasurer of the Socialist Labor Party, Respondent.— Motion denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Frank Logerto, Respondent, v. Central Building Company, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

George E. Lovett, Respondent, v. Grace E. Lovett, Appellant.— Motion granted, unless the appellant perfect her appeal, put the cause on the calendar in time for the next term of this court and be ready for argument when reached, in which case the motion is denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Paul Maniscalco, Respondent, v. Abraham Slamowitz, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Paul Maniscalco, Respondent, v. Abraham Slamowitz, Appellant.— Motion denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

John J. Pardee, Respondent, v. H. Howard Douglas and Others, Appellants. — Motion denied, without costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

The People of the State of New York ex rel. Josiah J. White v. Hon. Frederick E. Crane, Justice of the Supreme Court of the State of New York.— Request to withdraw application granted, without costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Alexander Regnier, Respondent, v. Compagnie Generale Transatlantique, Appellant.— Motion denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Roscoe Lumber Company, Appellant, v. William H. Reynolds and Thomas J. Ryan, Respondents.— Motion denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Louis Rosenberg and Others, Respondents, v. Jennie Feiering, Appellant.— Motion denied, without costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Henry G. Sanford, as Administrator, etc., of Robert Sanford, Deceased, Respondent, v. Benjamin T. Rhoads and Others, Appellants.— Motion denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Otto W. Wuertz, Appellant, v. Irma Brown, Respondent, Impleaded with Isidor Brown.— Motion granted that the defendant Irma Brown pay back the whole amount. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.